UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - -

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JOEL RAMOS-ALFARO,

Defendant.

_____/        **INDICTMENT**

The Grand Jury charges:

### **Alien Felon Reentry**

On or about April 17, 2026, in Ottawa County, in the Western District of Michigan, Southern Division,

JOEL RAMOS-ALFARO,

being an alien who had previously been removed after having been convicted of a felony offense, was found in the United States without having obtained the express prior consent of the Attorney General or the Secretary of Homeland Security to return or reapply for admission.

8 U.S.C. § 1326(a)
8 U.S.C. § 1326(b)(1)

A TRUE BILL

[ /s/ Redacted ]
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

DONALD DANIELS
Assistant United States Attorney